UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY BUTLER,<br><br>        Plaintiff,<br><br>   v.<br><br>,<br><br>        Defendant. | Case No. 21-cv-04856-PJH<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 1 |

This case was opened when plaintiff, a Texas state prisoner proceeding pro se, wrote a letter to the court. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. Plaintiff has now filed a notice that he did not intend to initiate an action and seeks to dismiss this case. This case is therefore **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a). No fee is due. Plaintiff's motion for an injunction (Docket No. 1) is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: July 30, 2021

                                                           /s/ Phyllis J. Hamilton
                                            PHYLLIS J. HAMILTON
                                            United States District Judge